# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Young<br><br>*Defendant(s)* | )<br>)<br>)   Case No.: 1:16mj 355<br>)<br>)<br>) |

AUG 2 2016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 2014 through July 28, 2016, in the county of Fairfax in the Eastern District of Virginia and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 2339B | Attempt to provide Material Support to a designated foreign terrorist organization |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Assistant United States Attorney Gordon D. Kromberg

*Complainant's signature*

DAVID MARTINEZ /S/
*Printed name and title*
David Martinez, Special Agent, FBI

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

Date: 08/02/2016

City and state: Alexandria, Virginia

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*